**NOT FOR PUBLIC VIEW**

08 MAR 10 PM 3:36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.: 07CR1408WQH |
| Plaintiff, | ) ) | ORDER ALLOWING BILLING |
| | ) | SERVICES TO BE PAID TO |
| v. | ) | COPY CONNECTION |
| MIGUEL SANDOVAL-VALENCIA, | ) ) | |
| Defendant. | ) ) ) | |

Upon review of Attorney MARY A. FRANKLIN's Ex Parte Application for Allowing Copy Connection to bill the Court for their Services and the declaration of Attorney MARY A. FRANKLIN, and good cause appearing;

**IT IS HEREBY ORDERED** that COPY CONNECTION is allowed to bill the Court directly for services rendered in regards to defendant, MIGUEL SANDOVAL-VALENCIA in the amount of $1,500.00.

Dated: 3/10/08

UNITED STATES DISTRICT COURT JUDGE